UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. BECK, | Case No. C-05-0798 MMC (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE OF ALTERNATE DISPUTE RESOLUTION STRUCTURING CONFERENCE; ORDER** |
| FORT JAMES CORPORATION, ET AL., | |
| Defendant(s), | |
| IN RE: | Case No. C-02-3838 MMC (JCS) |
| CROWN VANTAGE, INC., | |
| Debtor, | |
| CROWN VANTAGE, INC., | Case No. C-02-3839 MMC (JCS) |
| Plaintiff(s), | |
| v. | |
| FORT JAMES CORPORATION, ET AL., | **(E-FILING CASES)** |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above consolidated matters were referred to Magistrate Judge Joseph C. Spero for the purpose of conducting a conference regarding the structuring of Alternate Dispute Resolution (ADR).

You are hereby notified that an ADR Structuring Conference (the "Conference") has been scheduled for **October 24, 2005, at 9:30 a.m.**, to discuss and determine the schedule for a settlement

conference or other forms of ADR. The Conference will take place in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**Lead trial counsel shall appear at the Conference; no parties shall attend.**

Each side shall prepare an ADR Structuring Conference Statement, which must be lodged with the undersigned's Chambers (NOT electronically filed) no later than fifteen (15) calendar days prior to the conference. (Please 3-hole punch the document at the left side.)

The Statement should NOT be electronically filed with the Clerk of the Court, and need not be served on opposing counsel. The parties are encouraged, however, to exchange Statements. If Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential letter will not be disclosed to the other parties.

The Statements shall include the following:

1. Sufficiently detailed information on the procedural, factual, and legal background of the case to allow an intelligent discussion of ADR; and

2. Proposals for structuring the use of ADR for each of the parties or groups of parties.

The parties shall notify Chambers immediately at (415) 522-3691 if these cases settle prior to the date set for the Conference.

IT IS SO ORDERED.

Dated: August 10, 2005

JOSEPH C. SPERO
United States Magistrate Judge