1
2
3
4
5

**BEUS GILBERT PLLC**
4800 NORTH SCOTTSDALE ROAD, SUITE 6000
SCOTTSDALE, ARIZONA 85251
TELEPHONE: (480) 429-3000
FAX: (480) 429-3100
Leo R. Beus/Ariz. Bar No. 002687 (Pro hac vice)
lbeus@beusgilbert.com
Malcolm Loeb/Calif. Bar No. 130026
mloeb@beusgilbert.com

6
7
8
9
10
11

**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
ONE CALIFORNIA STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 421-3400
FAX: (415) 421-2234
Allan Steyer/Calif. Bar No. 100318
asteyer@steyerlaw.com
Edward Egan Smith/Calif. Bar No. 169792
esmith@steyerlaw.com

12
13

Attorneys for Jeffrey H. Beck and the
Crown Paper Liquidating Trust

14

## UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16
17
18
19
20

JEFFREY H. BECK,

Plaintiff,

v.

FORT JAMES CORPORATION, ET AL.,

Defendants.

Case No. C-05-0798 (JCS)

**[PROPOSED] ORDER PERMITTING PLAINTIFFS TO BRING PROJECTOR AND RETRACTABLE PROJECTION SCREEN TO COURTROOM**

Case No. C-02-3838 MMC (JCS)

20
21
22
23

IN RE:

CROWN VANTAGE, INC.,

Debtor,

Case No. C-02-3839 MMC (JCS)

**Date:** June 21, 2006
**Time:** 9:30 a.m.
**Dept:** Courtroom A, 15th Floor
Federal Building
**Judge:** Hon. Joseph C. Spero

23
24
25
26
27

CROWN VANTAGE, INC.,

v.

FORT JAMES CORPORATION, ET AL.,

Defendants.

28

[PROPOSED] ORDER PERMITTING PLAINTIFFS TO BRING PROJECTOR AND RETRACTABLE PROJECTION
SCREEN TO COURTROOM)Case No. C-05-0798 (JCS)
Case No. C02-03838 MMC (JCS)
Case No. C02-03839 MMC (JCS)

H:\Crown Paper\Pleadings\Crown v. Fort James\Settlement Conf Projector Order.doc

Crown Paper Company, Crown Vantage, Inc., Jeffrey H. Beck, Liquidating Trustee., and the Crown Paper Liquidating Trust (collectively "Crown"), having requested permission to bring a projector and a retractable projection video screen into Courtroom A on the 15th Floor of the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California and good cause appearing therefor,

IT IS HEREBY ORDERED that counsel for Crown shall be permitted to bring a projector and retractable projection screen through lobby security and up to the courtroom of the Hon. Joseph C. Spero, Courtroom A, 15th Floor for the Settlement Conference on calendar for June 21, 2006 at 9:30 A.M.

DATED: June 14, 2006



_____

1

[PROPOSED] ORDER PERMITTING PLAINTIFFS TO BRING PROJECTOR AND RETRACTABLE PROJECTION SCREEN TO COURTROOM)
Case No. C-05-0798 (JCS)
Case No. C02-03838 MMC (JCS)
Case No. C02-03839 MMC (JCS)

H:\Crown Paper\Pleadings\Crown v. Fort James\Settlement Conf Projector Order.doc