**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Telephone: (213) 620-1780
Fax: (213) 620-1398
Joseph F. Coyne, Jr./Cal. Bar No. 93707 – jcoyne@sheppardmullin.com
Michelle Sherman, Esq./Cal. Bar No. 136799 – msherman@sheppardmullin.com

Attorneys for Defendants, FORT JAMES

**KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP**
114 Sansome Street, 7th Floor
San Francisco, CA 94104
Telephone (415) 249-8330
Fax (415) 249-8333
James C. Krieg/Cal. Bar No. 77069 – jkrieg@kksrr.com
Stan G. Roman/Cal Bar No. 87652 – sroman@kksrr.com

Attorneys for Defendant MCGUIREWOODS LLP

**BEUS GILBERT PLLC**
Attorneys At Law
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone (480) 429-3000
Fax (480) 429-3100
Leo R. Beus/Ariz. Bar No. 002687 (Pro hac vice)
Malcolm Loeb/Calif. Bar No. 130026

Attorneys for Plaintiff, JEFFREY H. BECK, LIQUIDATING TRUSTEE OF THE CROWN PAPER LIQUIDATING TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY, *et al.* | Case No. C 05-0798 MMC |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING DEADLINES** |
| vs. | |
| FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, *et al.* | |
| Defendants. | |

;

-1-

The following stipulation is entered into between Plaintiff Jeffrey H. Beck, Liquidating Trustee of the Crown Paper Liquidating Trust ("Beck"), defendant McGuireWoods LLP ("McGuireWoods") and Defendants Fort James Corporation, f/k/a James River Corporation of Virginia; Fort James Operating Company; Fort James Fiber Company, f/k/a James River Timber Corporation; and Fort James International Holdings, Ltd., f/k/a James River International Holdings, Ltd. (collectively, "Fort James").

The parties have agreed to continue by 45 days the discovery cut-off dates and the last date for the filing of dispositive motions as indicated below. Continuing these dates will <u>not</u> affect the court ordered trial date of February 5, 2007, and simply reflects an agreement that the parties were able to reach following the June 16, 2006 hearing on Fort James' Motion to Modify the Amended Pretrial Preparation Order.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The non-expert discovery cut-off shall be continued from August 25, 2006 to October 9, 2006;

2. The last day to file motions to compel discovery shall be continued from September 6, 2006 to October 18, 2006;

3. The last day for the parties to make disclosure of expert testimony shall be continued from September 15, 2006 to October 30, 2006;

1      4. The last day for the parties to name rebuttal experts shall be
2 continued from October 6, 2006 to November 20, 2006;

4      5. The expert discovery cut-off shall be continued from October 27,
5 2006 to December 11, 2006; and

7      6. The last day to file dispositive motions shall be continued from
8 November 9, 2006 to December 22, 2006.

10 DATED:  June 30, 2006

            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

            By   */s/ Joseph F. Coyne, Jr.*
                  Joseph F. Coyne, Jr.
                  Attorneys for Defendants
            FORT JAMES AND RELATED ENTITIES

16 DATED:  June 30, 2006

            KRIEG KELLER SLOAN REILLEY & ROMAN LLP

            By   */s/ Stan G. Roman*
                  STAN G. ROMAN
                  Attorneys for Defendant
                  MCGUIREWOODS, LLP

22 DATED:  June 30, 2006

            BEUS GILBERT PLLC

            By   */s/ Malcolm Loeb*
                  Malcolm Loeb
                  Attorneys for Plaintiffs

## ORDER

1. The non-expert discovery cut-off is continued from August 25, 2006 to October 9, 2006;

2. The last day to file motions to compel discovery is continued from September 6, 2006 to October 18, 2006;

3. The last day for the parties to make disclosure of expert testimony is continued from September 15, 2006 to October 30, 2006;

4. The last day for the parties to name rebuttal experts is continued from October 6, 2006 to November 20, 2006;

5. The expert discovery cut-off is continued from October 27, 2006 to December 11, 2006; and

6. As agreed at the July 7, 2006 telephone conference, the November 9, 2006 deadline for filing dispositive motions remains unchanged.

DATED: July 7, 2006

_____
Hon. Maxine M. Chesney
United States District Judge