UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. BECK,<br><br>    Plaintiff(s),<br><br>  v.<br><br>FORT JAMES CORPORATION, ET AL.,<br><br>    Defendant(s), | Case No. C-05-0798 MMC (JCS)<br><br><br>**ORDER SETTING FURTHER<br>SETTLEMENT CONFERENCE** |
| IN RE:<br><br>CROWN VANTAGE, INC.,<br><br>    Debtor, | Case No. C-02-3838 MMC (JCS) |
| CROWN VANTAGE, INC.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>FORT JAMES CORPORATION, ET AL.,<br><br>    Defendant(s). | Case No. C-02-3839 MMC (JCS)<br><br><br>**(E-FILING CASES)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **October 26, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Settlement Conference with the parties. Jeffrey H. Beck, Kenneth F. Khoury, and Jason N. Poulos shall also attend the Further Settlement Conference.

**Each party shall prepare an updated Settlement Conference Statement, which must be lodged with the undersigned's Chambers no later than October 12, 2006.**

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. All other provisions of this Court's December 13, 2005 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: July 25, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

2