LEO R. BEUS, Admitted pro hac vice
MALCOLM LOEB, CAL. BAR NO. 130026
BEUS GILBERT PLLC
4800 N. Scottsdale Road, Suite 6000
Scottsdale, AZ 85251
Telephone:  (480) 429-3000
Facsimile:   (480) 429-3100

Attorneys for Plaintiff

JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398
jcoyne@smrh.com
msherman@smrh.com

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY H. BECK, Liquidating Trustee of the Crown Paper Liquidating Trust,<br><br>            Plaintiff,<br><br>    vs.<br><br>FORT JAMES CORPORATION; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY; FORT JAMES INTERNATIONAL HOLDINGS LTD; AND MCGUIREWOODS, LLP,<br><br>            Defendants. | Case No. C 05-0798 MMC<br><br>**STIPULATION AND ORDER TO CHANGE HEARING DATE**<br><br>Judge:  Hon. Maxine M. Chesney |

-1-

W02-WEST:1KAB1\400120725.1                                       STIPULATION AND [PROPOSED] ORDER TO
                                                                 CHANGE HEARING DATE

The following stipulation is entered into between., Jeffrey H. Beck, Liquidating Trustee ("Plaintiff"), and Fort James Operating Company, Fort James Fiber Company, and Fort James International Holdings, Ltd., (collectively, "Fort James Defendants").

WHEREAS, the Fort James Defendants' Motion for Summary Judgment, including Plaintiff's Cross-Motion for Summary Judgment, which is fully briefed, has been noticed for hearing on Friday, November 17, 2006,

WHEREAS, the Fort James Defendants have filed Motions for Summary Judgment on Counts I and II of Plaintiffs' Second Amended Complaint in the related action, *Crown Paper Company v. Fort James Corporation*, Case No. C 02-3838 MMC. which have been noticed for hearing on Friday, December 15, 2006; and

WHEREAS the parties, having conferred, believe that it would be most productive and efficient to have any oral argument relating to these motions heard at the same time;

-2-
W02-WEST:1KAB1\400120725.1            STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Argument on the Motion and Cross-Motion for Summary Judgment in this action shall be heard on Friday, December 15, 2006, at 9:00 a.m.

DATED: November 10, 2006
BEUS GILBERT PLLC

By    */s/ Malcolm Loeb*
Malcolm Loeb
Attorneys for Plaintiff

DATED: November 10, 2006
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Kenneth A. O'Brien, Jr.*
Kenneth A. O'Brien, Jr.
Attorneys for Fort James Defendants

Good cause appearing,

IT IS HEREBY ORDERED:

1. The hearing on the Motion for Summary Judgment in this action is continued from November 17, 2006 to December 15, 2006, at 9:00 a.m.

DATED: November 14, 2006

_____
Hon. Maxine M. Chesney
United States District Judge