IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY H. BECK,

    Plaintiff,

  v.

FORT JAMES CORPORATION, et al.,

    Defendants

No. C-05-0798 MMC

**ORDER AFFORDING PLAINTIFF OPPORTUNITY TO FILE SUPPLEMENTAL OPPOSITION**

Having reviewed the papers filed in support and in opposition to defendants' motion for summary judgment,[1] the Court hereby affords plaintiff the opportunity to file a supplemental opposition to address an issue raised for the first time in defendants' reply, specifically, whether plaintiff's claims herein, or any portion of them, are barred by collateral estoppel. (See Defs.' Reply at 11:7 - 12:28.) Any such supplemental opposition shall be filed no later than November 21, 2006, and shall not exceed ten pages.

**IT IS SO ORDERED.**

Dated: November 14, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] By separate order filed concurrently herewith, the Court has approved the parties' stipulation to continue the hearing on defendants' motion for summary judgment from November 17, 2006 to December 15, 2006.