| | |
|---|---|
| 1 | JOSEPH F. COYNE, JR. (SBN 93707) |
|   | MICHELLE SHERMAN, (SBN 136799) |
| 2 | SHEPPARD, MULLIN RICHTER & HAMPTON LLP |
|   | A Limited Liability Partnership |
| 3 | Including Professional Corporations |
|   | 333 South Hope Street, 48th Floor |
| 4 | Los Angeles, CA 90071-1448 |
|   | Telephone: (213) 620-1780; Facsimile: (213) 620-1398 |
| 5 | |
|   | KRISTIN LINSLEY MYLES (SBN 154148) |
| 6 | ROHIT K. SINGLA (SBN 213057) |
|   | SUSAN TRAUB BOYD (SBN 229664) |
| 7 | MUNGER, TOLLES & OLSON LLP |
|   | 33 New Montgomery Street, 19th Floor |
| 8 | San Francisco, CA 94105-9781 |
|   | Telephone: (415) 512-4000; Facsimile: (415) 512-4077 |
| 9 | |
|   | Attorneys for Defendants |
| 10 | FORT JAMES CORPORATION, FORT JAMES |
|    | OPERATING COMPANY, FORT JAMES FIBER |
| 11 | COMPANY, and FORT JAMES INTERNATIONAL |
|    | HOLDINGS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY H. BECK, | Case No. C-05-0798 MMC (JCS) |
| Plaintiffs, | ORDER APPROVING SUBSTITUTION OF COUNSEL |
| v. | |
| FORT JAMES CORPORATION, et al., | |
| Defendants. | |
| In re: | Case No. C-02-3838 MMC (JCS) |
| CROWN VANTAGE, INC., | |
| Debtor. | |
| CROWN VANTAGE, INC., | Case No. C-02-3839 MMC (JCS) |
| Plaintiffs, | |
| v. | |
| FORT JAMES CORPORATION, et al., | |
| Defendants. | |

1227259.1

SUBSTITUTION OF ATTORNEY CASE NOS. C05-0798; 02-3838; 02-3839 MMC (JCS)

1   TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL
2   OF RECORD:
3       Defendants hereby provide notice that Munger, Tolles & Olson LLP is withdrawing as counsel of
4   record in this matter. Defendants will continue to be represented by existing counsel of record, Sheppard,
5   Mullin Richter & Hampton LLP. This substitution of counsel will not cause any delay in the prosecution
6   of this action.

Dated: December 1, 2006       By: _____
                                   JASON N. POULOS

                              For Defendants FORT JAMES
                              CORPORATION, FORT JAMES
                              OPERATING COMPANY, and FORT
                              JAMES INTERNATIONAL HOLDINGS,
                              LTD

Dated: December 1, 2006       SHEPPARD, MULLIN RICHTER &
                              HAMPTON LLP


                              By: Joseph F. Coy Jr
                                   JOSEPH F. COYNE, JR.   KAO

                              Attorneys for Defendants FORT JAMES
                              CORPORATION, FORT JAMES
                              OPERATING COMPANY, and FORT
                              JAMES INTERNATIONAL HOLDINGS,
                              LTD

Dated: December 1, 2006       MUNGER TOLLES & OLSON LLP

                              By: /S/
                                   ROHIT K. SINGLA


So Ordered: _Maxine M. Chesney_        Date: December 1, 2006
            Maxine M. Chesney
            United States District Judge

1227259.1                           1
SUBSTITUTION OF ATTORNEY CASE NOS. C05-0798; 02-3838; 02-3839 MMC (JCS)