LEO R. BEUS, Admitted pro hac vice
ALBERT J. MORRISON, Admitted pro hac vice
BEUS GILBERT PLLC
4800 N. Scottsdale Road, Suite 6000
Scottsdale, AZ 85251
Telephone:  (480) 429-3000
Facsimile:   (480) 429-3100

Attorneys for Plaintiff

JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

JAMES C. KRIEG, Cal. Bar No. 77069
STAN G. ROMAN, Cal. Bar No. 87652
KRIEG, KELLER, SLOAN, REILLEY &
ROMAN LLP
114 Sansome Street, 7th Floor
San Francisco, California  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendant MCGUIRE
WOODS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY H. BECK, Liquidating Trustee of the Crown Paper Liquidating Trust,<br><br>    Plaintiff,<br><br>  vs.<br><br>FORT JAMES CORPORATION; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY; FORT JAMES INTERNATIONAL HOLDINGS LTD; AND MCGUIREWOODS, LLP,<br><br>    Defendants. | Case No. C 05-0798 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER DEFERRING BRIEFING AND HEARING DATES FOR DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES**<br><br>Courtroom:  7 (19th Floor)<br>Judge:  Hon. Maxine M. Chesney |

-1-

1    Pursuant to Rule 6-2 of the Local Rules of the Northern District of

2 California and FRCP 54(d)(2), plaintiff Jeffrey H. Beck, Liquidating Trustee

3 ("Plaintiff"), and defendants Fort James Operating Company, Fort James Fiber

4 Company, and Fort James International Holdings, Ltd., (collectively, "Fort James

5 Defendants") and McGuireWoods LLP ("MW," and collectively with the Fort James

6 Defendants, "Defendants", and collectively with the Fort James Defendants and

7 Plaintiff, the "Parties") stipulate as follows and respectfully request that the Court

8 enter the Parties' proposed order appended hereto.

9

10    WHEREAS, on December 14, 2006, the Court entered judgment in this

11 Action in favor of Defendants;

12

13    WHEREAS, pursuant to FRCP 54(d)(2) and Local Rule 54-6, motions

14 for attorneys' fees must be filed no later than 14 days after entry of judgment, but the

15 time can be extended by stipulation and order;

16

17    WHEREAS, without a stipulation and order extending the time,

18 Defendants would have to file attorneys' fees motions no later than December 28,

19 2006;

20

21    WHEREAS, on December 15, 2006, the Court heard and took under

22 submission, among other things, the Fort James Defendants' Motion for Summary

23 Judgment on Count II of Plaintiffs' Second Amended Complaint (Fraudulent

24 Transfer Claim Relating to 1998 Option and Settlement Agreement ("OSA")) in the

25 related action, *Crown Paper Company v. Fort James Corporation*, Case No. C 02-

26 3838 MMC ("Count II Summary Judgment Motion");

27

28

-2-

STIPULATION AND [PROPOSED] ORDER
DEFERRING BRIEFING AND HEARING DATES FOR
DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES

1       WHEREAS, Defendants' right to recover attorneys' fees incurred in this

2  Action potentially depends upon the enforceability and validity of the OSA, which

3  will not be determined (i) unless and until the Court grants the Court II Summary

4  Judgment Motion, or (ii) until a resolution through trial (which is scheduled to

5  commence on February 5, 2007) if the Court denies the Count II Summary

6  Judgment Motion;

7

8       WHEREAS, the Parties agree that the Parties and the Court should not

9  go through the time and expense of briefing, arguing, and hearing attorneys' fees

10 motions in this Action before the Court has ruled on Plaintiff's claim that the OSA is

11 avoidable as a fraudulent transfer;

12

13     IT IS HEREBY STIPULATED AND AGREED that Defendants' time to file

14 attorneys' fees motions in this Action shall be extended, so that Defendants shall file

15 attorneys' fees motions no later than 14 days after (i) the Court grants the Count II

16 Summary Judgment Motion if the Court grants the Count II Summary Judgment

17 Motion, or (ii) the Court enters judgment on Count II of the Second Amended

18 Complaint if the Court denies the Count II Summary Judgment Motion.

19

20 DATED:  December 20, 2006

21                 BEUS GILBERT PLLC

22

23            By       */s/ Albert J. Morrison*

24                     Albert J. Morrison

25                     Attorneys for Plaintiff

26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER
DEFERRING BRIEFING AND HEARING DATES FOR
DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES

1   DATED:  December 20, 2006

2

                           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                  By             */s/ Theodore A. Cohen*

5                            Theodore A. Cohen

6                     Attorneys for Fort James Defendants

7   DATED:  December 20, 2006

8                   KRIEG, KELLER, SLOAN, REILLEY & ROMAN
                   LLP

9

10                By             */s/ James C. Krieg*

11                          James C. Krieg

12                   Attorneys for Def. MCGUIRE WOODS LLP

13     Good cause appearing,

14

15     IT IS HEREBY ORDERED that Defendants' time to file attorneys' fees

16  motions in this Action shall be extended, so that Defendants shall file attorneys' fees

17  motions no later than 14 days after (i) the Court grants the Count II Summary

18  Judgment Motion if the Court grants the Count II Summary Judgment Motion, or

19  (ii) the Court enters judgment on Count II of the Second Amended Complaint if the

20  Court denies the Count II Summary Judgment Motion.

21

22  DATED:  December <u>22</u>, 2006

23

24

25                          Hon. Maxine M. Chesney

26                        United States District Judge

27

28

                          STIPULATION AND [PROPOSED] ORDER
                                      DEFERRING BRIEFING AND HEARING DATES FOR
                                     DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES