LEO R. BEUS, Admitted pro hac vice
ALBERT J. MORRISON, Admitted pro hac vice
BEUS GILBERT PLLC
4800 N. Scottsdale Road, Suite 6000
Scottsdale, AZ 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Plaintiff

JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

JAMES C. KRIEG, Cal. Bar No. 77069
STAN G. ROMAN, Cal. Bar No. 87652
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 7th Floor
San Francisco, California  94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
MCGUIRE WOODS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PRICEWATERHOUSECOOPERS LLP fka COOPERS & LYBRAND, et al.<br><br>Defendants. | Case Nos. C 02-03836 MMC<br>C 05-0798 MMC<br><br>**STIPULATION AND ORDER CONTINUING DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES PENDING DOCUMENTATION OF SETTLEMENT**<br><br>Current Date: March 2, 2007<br>Proposed New Date: April 27, 2007<br>Time: 9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |

-1-

| | |
|---|---|
| 1 | JEFFREY H. BECK, Liquidating Trustee of the Crown Paper Liquidating Trust, |
| 2 | |
| 3 | Plaintiff, |
| 4 | vs. |
| 5 | FORT JAMES CORPORATION; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY; FORT JAMES INTERNATIONAL HOLDINGS LTD; AND MCGUIREWOODS, LLP, |
| 8 | Defendants. |

Plaintiff Jeffrey H. Beck, Liquidating Trustee ("Plaintiff"), and defendants Fort James Operating Company, Fort James Fiber Company, and Fort James International Holdings, Ltd., (collectively, "Fort James Defendants") and McGuireWoods LLP ("MW," and collectively with the Fort James Defendants, "Defendants", and collectively with the Fort James Defendants and Plaintiff, the "Parties") stipulate as follows and respectfully request that the Court enter the Parties' proposed order appended hereto.

WHEREAS, on July 12, 2004, the Court dismissed with prejudice Case No. 02-03836 in favor of MW;

WHEREAS, on December 14, 2006, the Court entered judgment in Case No. 05-0798 in favor of Fort James Defendants;

WHEREAS, on December 22, 2006, the Court approved the Parties' stipulation to defer briefing and hearing dates for Defendants' to-be-filed attorneys' fees motions;

-2-

1      WHEREAS, on January 26, 2007, MW and the Fort James Defendants
2  each timely filed an attorneys fees motion (collectively, the "Motions"), and
3  scheduled the hearings on the Motions for March 2, 2007;

5      WHEREAS, after the Defendants filed the Motions, the Parties have
6  been working on reaching an agreement to settle all litigation between and among
7  them, including this action and the Motions;

9      WHEREAS, the Parties are working to finalize settlement
10 documentation, which will be subject to the approval of the United States
11 Bankruptcy Court, Northern District of California, and in the meantime the Parties
12 wish to continue the hearings on the Motions because if the Parties' settlement is
13 approved, the Motions will be moot;

15     WHEREAS, with the current hearing date of March 2, 2007, Plaintiff's
16 oppositions to the Motions are due February 9, 2007 and Defendants' replies are due
17 February 16, 2007, and the Parties wish to avoid the incurrence of additional fees
18 with respect to the Motions;

20     IT IS HEREBY STIPULATED AND AGREED that the hearing on the
21 Motions shall be continued to April 27, 2007, and the briefing schedule for
22 Plaintiff's oppositions and Defendants' replies shall be continued in accordance with
23 the Local Rules for filing oppositions and replies.

-3-

DATED: February 8, 2007

BEUS GILBERT PLLC

By   */s/ Albert J. Morrison*
   Albert J. Morrison
   Attorneys for Plaintiff

DATED: February 8, 2007   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Theodore A. Cohen*
   Theodore A. Cohen
   Attorneys for Fort James Defendants

DATED: February 8, 2007   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By   */s/ James C. Krieg*
   James C. Krieg
   Attorneys for Def. MCGUIRE WOODS LLP

Good cause appearing, IT IS HEREBY ORDERED that the hearing on the Motions is continued to April 27, 2007, and the briefing schedule for Plaintiff's oppositions and Defendants' replies is continued in accordance with the Local Rules for filing oppositions and replies.

DATED: February 12, 2007

   Hon. Maxine M. Chesney
   United States District Judge

W02-WEST:1KAB1\400200092.1   STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES PENDING DOCUMENTATION OF SETTLEMENT