LEO R. BEUS, Admitted pro hac vice
ALBERT J. MORRISON, Cal. Bar No. 198047
BEUS GILBERT PLLC
4800 N. Scottsdale Road, Suite 6000
Scottsdale, AZ 85251
Telephone: (480) 429-3000
Facsimile: (480) 429-3100

Attorneys for Plaintiff

JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

JAMES C. KRIEG, Cal. Bar No. 77069
STAN G. ROMAN, Cal. Bar No. 87652
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 7th Floor
San Francisco, California 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant MCGUIRE WOODS LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER LIQUIDATING TRUST, | Case No. C 02-3836 MMC<br>Case No. C 05-0798 MMC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING DEFENDANTS' MOTIONS FOR ATTORNEYS' FEES PENDING COURT APPROVAL OF SETTLEMENT** |
| PRICEWATERHOUSECOOPERS LLP fka COOPERS & LYBRAND, et al. | |
| Defendants. | Time: 9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |
| JEFFREY H. BECK, Liquidating Trustee of the Crown Paper Liquidating Trust, | |

W02-WEST:1TAC1\400257599.1

-1-

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEFENDANTS' MOTIONS
FOR ATTORNEYS' FEES PENDING
COURT APPROVAL OF SETTLEMENT

|  |  |
|---|---|
| Plaintiff, | |
| vs. | |
| FORT JAMES CORPORATION; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY; FORT JAMES INTERNATIONAL HOLDINGS LTD; AND MCGUIRE WOODS, LLP, | |
| Defendants. | |

Plaintiff Jeffrey H. Beck, Liquidating Trustee ("Plaintiff"), and defendants Fort James Operating Company, Fort James Fiber Company, and Fort James International Holdings, Ltd., (collectively, "Fort James Defendants") and McGuire Woods LLP ("MW," and collectively with the Fort James Defendants, "Defendants", and collectively with the Fort James Defendants and Plaintiff, the "Parties") stipulate as follows and respectfully request that the Court enter the Parties' proposed order appended hereto.

WHEREAS, on July 12, 2004, the Court dismissed with prejudice Case No. 02-03836 in favor of MW;

WHEREAS, on December 14, 2006, the Court entered judgment in Case No. 05-0798 in favor of Defendants;

WHEREAS, on December 22, 2006, the Court approved the Parties' stipulation to defer briefing and hearing dates for Defendants' to-be-filed attorneys' fees motions;

WHEREAS, on January 26, 2007, MW and the Fort James Defendants each timely filed an attorneys fees motion (collectively, the "Attorneys Fees Motions"), and scheduled the hearings on the Attorneys Motions for March 2, 2007;

1    WHEREAS, after the Defendants filed the Attorneys Fees Motions, the
2 Parties and other affected entities ("Others") reached an agreement in principle to settle all
3 litigation between and among them, including this action and the Attorneys Fees Motions,
4 and based thereon, the Parties stipulated to continue the hearing on the Attorneys Fees
5 Motions to April 27, 2007 to allow the Parties and Others to document and obtain court
6 approval of their settlement, which stipulation was approved by this Court (the "Prior
7 Stipulation");

9    WHEREAS, after entering into the Prior Stipulation, the Parties and Others
10 (i) finalized the terms of and documented their settlement (the "Settlement"), which
11 Settlement (if approved by the Court) will, among other things, render the Attorneys Fees
12 Motions moot, and (ii) filed a motion to withdraw the reference (the "Motion to Withdraw
13 Reference") on the motion to approve the Settlement (the "Settlement Motion"), which if
14 granted will result in this Court deciding the Settlement Motion;

16    WHEREAS, the Motion to Withdraw Reference is pending;

18    WHEREAS, with the current hearing date of April 27, 2007 for the
19 Attorneys Fees Motions, Plaintiff's oppositions to the Attorneys Fees Motions are due
20 April 6, 2007 and Defendants' replies are due April 13, 2007, and the Parties wish to avoid
21 the incurrence of additional fees with respect to the Attorneys Fees Motions;

W02-WEST:1TAC1\400257599.1

-3-

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEFENDANTS' MOTIONS
FOR ATTORNEYS' FEES PENDING
COURT APPROVAL OF SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED that the hearing on the Attorneys Fees Motions shall be continued to June 15, 2007, and the briefing schedule for Plaintiff's oppositions and Defendants' replies shall be continued in accordance with the Local Rules for filing oppositions and replies.

DATED: April 5, 2007

BEUS GILBERT PLLC

By   */s/ Albert J. Morrison*
Albert J. Morrison
Attorneys for Plaintiff

DATED: April 5, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ Theodore A. Cohen*
Theodore A. Cohen
Attorneys for Fort James Defendants

DATED: April 5, 2007

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By   */s/ James C. Krieg*
James C. Krieg
Attorneys for Def. MCGUIRE WOODS LLP

-4-

W02-WEST:1TAC1\400257599.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEFENDANTS' MOTIONS
FOR ATTORNEYS' FEES PENDING
COURT APPROVAL OF SETTLEMENT

1  Good cause appearing,

2

3  IT IS HEREBY ORDERED that the hearing on the Attorneys Fees Motions
4  is continued to June 15, 2007, and the briefing schedule for Plaintiff's oppositions and
5  Defendants' replies is continued in accordance with the Local Rules for filing oppositions
6  and replies.

7

8  The Court notes, however, that although the above-referenced "Motion to
9  Withdraw Reference" may be "pending" in the Bankruptcy Court, said motion has not
10  been docketed by the Clerk of the District Court and, accordingly, has not been assigned to
11  a district court judge.  See Bankruptcy Local Rule 5011-2(a) (providing that when motion
12  to withdraw is filed with Clerk of Bankruptcy Court, Clerk of Bankruptcy Court "shall
13  transmit the motion" to Clerk of District Court, which assigns the motion to district judge
14  pursuant to Assignment Plan).

15

16  DATED:  April 6, 2007

17

18  _____
19  Hon. Maxine M. Chesney
    United States District Judge

20

21

22

23

24

25

26

27

28
    -5-
W02-WEST:1TAC1\400257599.1          STIPULATION AND [PROPOSED] ORDER
                                    CONTINUING DEFENDANTS' MOTIONS
                                    FOR ATTORNEYS' FEES PENDING
                                    COURT APPROVAL OF SETTLEMENT