IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY H. BECK,

    Plaintiff,

  v.

FORT JAMES CORPORATION, et al.,

    Defendants
                                   /

No. C-05-0798 MMC

**ORDER DENYING AS MOOT MOTION FOR ATTORNEY'S FEES AND EXPENSES; VACATING HEARING**

On January 26, 2007, defendants Fort James Corporation, Fort James Operating Company, Fort James Fiber Company, and Fort James International Holdings, Ltd. filed a Motion for Award of Attorney's Fees. By stipulation filed April 5, 2007, the parties advised the Court that said motion would be rendered moot in the event the Court approved the parties' settlement. By order filed May 9, 2007, the Court approved the parties' settlement.

Accordingly, defendant's motion for attorney's fees and expenses is hereby DENIED as moot.[1]

**IT IS SO ORDERED.**

Dated: June 7, 2007

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] The hearing scheduled for June 15, 2007 is VACATED.